_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 20, 2023
_____

Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>                                Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No.  BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>                 Plaintiff,<br><br>         vs.<br><br>STEVEN LORE<br><br>                 Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01175-ABL<br><br><br>**JUDGMENT AGAINST DEFENDANT STEVEN LORE** |

On October 21, 2021, Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter (the "Plaintiff") filed an Adversary Complaint against Steven Lore ("Defendant") for the avoidance and recovery of transfers pursuant to 11 U.S.C. §§ 544 and 548.

1

On September 9, 2022, Plaintiff filed his *Plaintiff's Motion for Summary Judgment* [ECF 34] (the "Motion for Summary Judgment"), the accompanying *Statement of Undisputed Facts* [ECF 35], and the *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment* [ECF 37]. Defendant opposed the Motion for Summary Judgment on or around October 21, 2022 [ECF 49]. The hearing on the Motion for Summary Judgment was held on November 29, 2023, with appearances by Zachary E. Mazur, Esq. on behalf of the Plaintiff and by Steven Lore *pro se*. The Court rendered an oral ruling on January 10, 2023, granting the motion in its entirety and stating on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(a) and (c) and 7052, and Federal Rule of Civil Procedure 52.

The Order Granting Plaintiff's Motion for Summary Judgment has been entered concurrently herewith and is incorporated herein. Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, Plaintiff's Motion for Summary Judgment having been granted in its entirety, JUDGMENT is hereby entered against Defendant Steven Lore and in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter, in the principal amount of two-hundred twenty-seven thousand five hundred sixty-five dollars and sixteen cents ($227,565.16), plus fees, costs, prejudgment interest, and statutory interest from the date of entry of this Judgment until paid in full.

**IT IS FURTHER DETERMINED** that this judgment is for the recovery of money that was obtained by Defendants using false pretenses, false representations, or actual fraud for purposes of 11 U.S. Code § 523.

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

Submitted by:
/s/ Zachary E. Mazur
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*

*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the Motion.

X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

　　　_____
　　　Steven Lore, defendant *pro se*
　　　APPROVE   /   DISAPPROVE   /   **NO RESPONSE**

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.