Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee, In Pro Per

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: WELSCORP, INC. | ) Case No. BK-S-19-18056-ABL (Lead Case) |
| Debtor | ) |
| LENARD E. SCHWARTZER, in his | ). Case No.: BK-S-21-01175-ABL |
| Capacity as CHAPTER 7 TRUSTEE | ) **ADVERSARY PROCEEDING COVER** |
| Plaintiff | ) **SHEET** |
| vs | ) |
| STEVEN LORE, Defendant | ) |

-------------------------------------------------------

TO THE COURT, THE DEFENDANTS, AND ALL PARTIES OF RECORD:

This cover sheet is submitted in connection with the filing of a Notice of Assignment of Judgment in the above-referenced adversary proceeding.

The attached Notice of Assignment of Judgment is filed for notice purposes only and is intended to inform the Court and parties of record that ownership of the judgment at issue has been transferred.

No relief is requested, no response is required, no hearing is requested.

DATED: January 27, 2026

Russell J. Singer, Assignee/Judgment Creditor

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee, In Pro Per

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: WELSCORP, INC. | ) Case No. BK-S-19-18056-ABL (Lead Case) |
|     Debtor | ) |
| LENARD E. SCHWARTZER, in his | ). Case No.: BK-S-21-01175-ABL |
| Capacity as CHAPTER 7 TRUSTEE | ) **NOTICE OF ASSIGNMENT** |
|     Plaintiff | ) |
|     vs | ) |
| STEVEN LORE, | ) |
|     Defendant | |

-----------------------------------------------------------

TO THE COURT, THE DEFENDANTS, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on December 22, 2025, the original Judgment Creditor, Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Welscorp, Inc. ("Assignor"), executed an assignment of all right, title, and interest in and to the Judgment entered in this adversary proceeding to Russell J. Singer ("Assignee").

The details of the assigned Judgment are as follows:

1. Judgment Debtor: Steven Lore.

2. Date of Entry: January 20, 2023.

3. Judgment Amount: $227,565.16.

4. Assigned Balance: $227,565.16, plus accrued post-judgment interest of $32,321.11, for a total of $259,886.27 as of January 27, 2026, Interest accrues at 4.70% ($29.30/day), compounded annually per 28 U.S.C. § 1961.

A true and correct copy of the Assignment of Judgment is attached hereto as Exhibit 1.

Russell J. Singer is now the Judgment Creditor of record and is entitled to all money due, post-judgment interest, and all liens securing the same. Future payments or notices regarding this judgment must be directed to the Assignee at the address listed above.

DATED this 27th day of January 2026.

*Russell J. Singer*

Russell J. Singer, Assignee/Judgment Creditor

AMENDED

### ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES,** having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 **(the "TRUSTEE" OR "ASSIGNOR")**, and pursuant to that certain Asset Purchase Agreement, dated as of December 11, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, Laguna Beach, California, 92652 **("ASSIGNEE")**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: _1/22/2026_

LENARD E. SCHWARTZER, IN HIS
CAPACITY AS CHAPTER 7 TRUSTEE,
*Assignor*

By: _____
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA         )
                                          )  ss:
COUNTY OF _Clark_     )

On the _22_ day of ~~December~~ *January* ~~2025~~ *2026*, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

_____
Notary Public

Notary Public State of Nevada
Francisco Joseph Salazar
My Commission Expires 8/7/2028
Appointment No. 24-1560-01

# EXHIBIT A

## JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-21-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-21-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

