Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, Pro Se

RECEIVED AM
AND FILED

MAR 25 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7** |
| LENARD E. SCHWARTZER, in his<br><br>capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>v.<br>STEVEN LORE,<br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No.: BK-S-21-01175-ABL<br><br>**REQUEST FOR APPOINTMENT**<br>**OF PROCESS SERVER** |

TO THE HONORABLE COURT:

Russell J. Singer, as Assignee of Lenard E. Schwartzer, Chapter 7 Trustee (the "Judgment Creditor"), respectfully requests that the Court issue an order appointing the individuals named below as private process servers to serve writ issued concurrently with this request, and states as follows:

1. On January 20, 2023, judgment was entered by this Court in favor of the Chapter 7 Trustee and against Judgment Debtor Steven Lore.

2. The judgment was assigned to Russell J. Singer pursuant to an Assignment of Judgment dated December 22, 2025.

3. Judgment Creditor intends to obtain writs of execution and pursue post-judgment enforcement remedies against property of the Judgment Debtor.

4. Pursuant to FRCP 4.1(a) and Local Rule 7064, Judgment Creditor requests the special appointment of the following individuals, each of whom is a Nevada Registered Process Server, to serve any writs of execution issued in this case:

Ryan Cole, Nevada Registered Process Server;

5. The specially appointed individuals are employed by Reno Carson Messenger Service, located at 185 Martin St, Reno, NV 89509, Tel 775-322-2424. Each individual is over the age of eighteen (18), of suitable discretion, and is not a party to this case.

6. The United States Marshal shall remain the levying officer for any writs of execution issued. Judgment Creditor will coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

7. Special appointment is necessary because the U.S. Marshal for the District of Nevada has limited resources for civil process and does not maintain sufficient staffing to execute private civil process without significant delay.

WHEREFORE, Judgment Creditor respectfully requests that the Court enter the proposed Order Appointing Process Server submitted herewith.

Dated: March 23, 2026

RUSSELL J. SINGER
Judgment Creditor / Assignee, Pro Se

Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, Pro Se

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL<br>Chapter 7** |
| LENARD E. SCHWARTZER, in his<br>capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br>v.<br>STEVEN LORE<br>Defendant. | **ADVERSARY PROCEEDING**<br>Case No.: BK-S-21-01175-ABL<br><br>**[PROPOSED] ORDER APPOINTING<br>PROCESS SERVER** |

The Court, having considered the Request for Appointment of Process Server filed by Russell J. Singer,

as Assignee of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee (Judgment Creditor), and

good cause appearing, hereby ORDERS:

1. The following individual is hereby specially appointed as a private process server pursuant to FRCP

4.1(a) and Local Rule 7064 to serve any writs of execution issued in this case:

**Ryan Cole**, Nevada Registered Process Server, employed by Reno Carson Messenger Service, 185

Martin St, Reno, NV 89509, Tel 775-322-2424.

2. The United States Marshal shall remain the levying officer for any writs of execution issued in this

case.

3. Judgment Creditor shall coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE