Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, In Pro Per

RECEIVED
AND FILED

MAY 27 2026

U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor.<hr>LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br>Plaintiff,<br><br>vs.<br><br>Steven Lore,<br>Defendant. | Case No. BK-S-19-18056-ABL (Lead Case)<br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7**<br><br>**ADVERSARY PROCEEDING**<br>Case No. 21-01175-ABL<br><br>**NOTICE OF SUBMISSION OF REVISED [PROPOSED] ORDER AUTHORIZING ISSUANCE**<br>**OF WRIT OF GARNISHMENT (CONTINUING LIEN ON EARNINGS)** |

**TO THE COURT, ALL PARTIES, AND THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Russell J. Singer, the Assignee of record and Judgment Creditor in the above-captioned adversary proceeding, appearing pro se, hereby submits the Revised [Proposed] Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings) (the "Revised Order") lodged concurrently herewith, for entry by the Court in connection with the *Ex Parte Motion for Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings)* filed May 13, 2026 and docketed as Doc 96 on May 18, 2026 (the "Motion").

1. The Revised Order is submitted in response to communication from the courtroom deputy dated May 19, 2026, advising that the [Proposed] Order originally lodged with the Motion was not proper as to the recital of service authority and directing reference to NVB Local Rule 7064.

2. The Revised Order reframes the recital of service authority to track NVB Local Rule 7064(b)(2), Nev. Rev. Stat. § 31.270(1), and Federal Rule of Bankruptcy Procedure 7004, which collectively authorize service of a writ of garnishment by any method authorized for service of summons under Fed. R. Bankr. P. 7004.

3. No other modifications have been made. The Motion, the supporting Affidavit and Application for Issuance of Writ of Garnishment (Wages), the proposed Writ of Garnishment (Continuing Lien on Earnings), the Interrogatories to Garnishee, and the Notice of Execution previously lodged with the Motion remain unchanged and operative and are not modified hereby.

4. The Judgment Creditor respectfully requests that the Court enter the Revised Order at its earliest convenience and direct the Clerk of the Court to issue the Writ of Garnishment (Continuing Lien on Earnings), Interrogatories to Garnishee, and Notice of Execution lodged with the Motion.

Dated: May 20, 2026

Respectfully submitted,

_Russell J. Singer_
**Russell J. Singer**
PO Box 485

Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, In Pro Per

RECEIVED
AND FILED

MAY 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, In Pro Per

May 20, 2026

Clerk of the Court
United States Bankruptcy Court
District of Nevada
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**Re:**    Schwartzer v. Lore, Adv. Proc. No. 21-01175-ABL
In re Welscorp, Inc., Lead Case No. BK-S-19-18056-ABL (Consolidated)
**Submission of Revised [Proposed] Order — Doc 96**

Dear Clerk:

I am the assignee of record and Judgment Creditor in the above-referenced adversary proceeding, appearing pro se. On May 13, 2026, I submitted by mail an Ex Parte Motion for Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings), which was docketed as Doc 96 on May 18, 2026, together with the supporting Affidavit and Application, proposed Writ of Garnishment, Interrogatories to Garnishee, Notice of Execution, and a [Proposed] Order.

By electronic mail dated May 19, 2026, the courtroom deputy advised that the [Proposed] Order lodged with Doc 96 was not proper as to the recital of service authority and directed reference to NVB Local Rule 7064. In response, I enclose for filing the Notice of Submission of Revised [Proposed] Order, together with the Revised [Proposed] Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings) for lodging and entry by the Court.

The Revised [Proposed] Order reframes the service paragraph to track NVB Local Rule 7064(b)(2), Nev. Rev. Stat. § 31.270(1), and Federal Rule of Bankruptcy Procedure 7004. No other modifications have been made. The Affidavit and Application, proposed Writ of Garnishment,

Interrogatories to Garnishee, and Notice of Execution previously lodged with Doc 96 remain unchanged and operative, and are not resubmitted herewith.

**Documents enclosed for filing:**

- Notice of Submission of Revised [Proposed] Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings) — original plus one conformed copy

- Revised [Proposed] Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings) — original plus two conformed copies, lodged for entry

A self-addressed, postage-prepaid envelope is enclosed for return of file-stamped conformed copies.

If anything in the enclosed submission requires further correction prior to filing or entry, I would be grateful for a brief call or email so the matter may be resolved without delay. I can be reached at 949-280-4336 or russell@adobejudgmentcollections.com.

Thank you for your assistance.

Respectfully submitted,

_Russell J. Singer_

**Russell J. Singer**
Assignee/Judgment Creditor, In Pro Per

Enclosures: as listed above; self-addressed stamped return envelope