United States Bankruptcy Court

District of Nevada

SCHWARTZER,

    Plaintiff

Adv. Proc. No. 21-01175-abl

LORE,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2             User: admin            Page 1 of 1

Date Rcvd: Jun 03, 2026       Form ID: pdf928        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: russellsinger@gmail.com | Jun 04 2026 01:00:00 | RUSSELL J. SINGER, PO BOX 485, LAGUNA BEACH, CA 92652-0485 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LENARD E. SCHWARTZER | trustee@schwartzerlaw.com lbenson@schwartzerlaw.com;jelliott@schwartzerlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| ZACHARY E MAZUR | on behalf of Plaintiff LENARD E. SCHWARTZER zachary@saracheklawfirm.com  paul@saracheklawfirm.com |

TOTAL: 2



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 03, 2026
_____

Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, In Pro Per

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL (Lead Case)<br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7** |
| LENARD E. SCHWARTZER, in his<br>capacity as CHAPTER 7 TRUSTEE<br>Plaintiff,<br><br>vs.<br><br>Steven Lore,<br>Defendant. | **ADVERSARY PROCEEDING**<br>Case No. 21-01175-ABL<br><br>**ORDER AUTHORIZING ISSUANCE**<br>**OF WRIT OF GARNISHMENT**<br>**(CONTINUING LIEN ON EARNINGS)** |

**THIS MATTER** came before the Court on the *Ex Parte Motion for Order Authorizing Issuance of Writ of Garnishment (Continuing Lien on Earnings)* (the "Motion") filed by Russell J. Singer, the Assignee of record and Judgment Creditor in the above-captioned adversary proceeding (the "Judgment Creditor"). The Court has reviewed the Motion, the accompanying Affidavit and Application for Issuance of Writ of Garnishment (Wages), the proposed Writ of Garnishment (Continuing Lien on Earnings), the Interrogatories to Garnishee, the Notice of Execution, and the records and pleadings on file in this adversary proceeding. Good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the Writ of Garnishment (Continuing Lien on Earnings) lodged concurrently with the Motion, together with the Interrogatories to Garnishee and the Notice of Execution to Judgment Debtor.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 7064(b)(2) of the United States Bankruptcy Court for the District of Nevada and Nev. Rev. Stat. § 31.270(1), service of the Writ of Garnishment (Continuing Lien on Earnings), Interrogatories to Garnishee, and Notice of Execution upon the Garnishee, NEXA Mortgage, LLC, an Arizona limited liability company authorized to transact business in Nevada, by and through its Nevada registered agent, URS Agents, LLC, 4625 West Nevso Drive, Suite 2 & 3, Las Vegas, Nevada 89103, may be made by any method authorized for service of summons under Federal Rule of Bankruptcy Procedure 7004, including without limitation (a) service by first-class United States mail pursuant to Fed. R. Bankr. P. 7004(b)(3), and (b) personal service by any person who is at least 18 years of age and not a party to this action, specially appointed for such purpose pursuant to Federal Rule of Civil Procedure 4(c)(3), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7004(a)(1).

**IT IS FURTHER ORDERED** that the Writ of Garnishment so issued shall constitute a continuing lien upon the non-exempt disposable earnings of the Judgment Debtor, Steven Lore, for a period of one hundred eighty (180) days from the date of service, in accordance with NRS 31.296, in the amount of $262,992.30, plus continuing per diem accrual at the applicable federal post-judgment

rate per 28 U.S.C. § 1961 ($29.30 per day), together with the costs and fees of execution and the fees and expenses of the levying officer.

**IT IS FURTHER ORDERED** that this Order is entered *ex parte* pursuant to Federal Rule of Civil Procedure 69(a)(1), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7069, and the procedure of the State of Nevada under NRS 31.249, NRS 31.260, NRS 31.290, NRS 31.295, and NRS 31.296, and the Judgment Debtor's post-issuance rights are preserved under the exemption-claim procedures set forth in NRS 21.075, NRS 21.076, and NRS 21.112.

**IT IS SO ORDERED.**

_____
**UNITED STATES BANKRUPTCY JUDGE**

**Submitted by:**

**Russell J. Singer**
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee/Judgment Creditor, In Pro Per

**###**